# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Allen T. Floyd, | ) | CASE NO.: 1:18-cv-01340 |
| Petitioner, | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| State of Ohio, | ) | **ORDER AND DECISION** |
| Respondent. | ) | |

This Court has examined the Report and Recommendation of the Magistrate Judge submitted in this matter on July 28, 2021. (R. & R., ECF No. 12.) Upon due consideration, and as no objections have been filed by the parties, this Court adopts the Report and Recommendation of the Magistrate Judge and incorporates its conclusions herein. Therefore, it is ordered that the petition filed under 28 U.S.C. § 2254 is hereby DENIED.

Pursuant to 28 U.S.C. § 1915(a)(3), this Court certifies that Petitioner may not take an appeal from this Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

DATE: August 18, 2021        /s/ John R. Adams
                             Judge John R. Adams
                             UNITED STATES DISTRICT COURT